IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TONYEL Y. BELL,                                          *

              Plaintiff,                                *

v.                                                             Case No.  5:25-cv-189-CAR-CHW

                                              *

GEORGIA DEPARTMENT OF
CORRECTIONS, et al,                                   *

             Defendants.                             *

_____

**J U D G M E N T**

      Pursuant to this Court's Order dated 5/18/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

      This 19th day of May, 2026.

                                   David W. Bunt, Clerk


                                   s/ Raven K. Alston, Deputy Clerk